"O"

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Moreno-Osolio, Jose<br><br>Defendant. | Case No.: SACR07-22-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown due to failure to interview; illegal immigration status; bail resources unknown;_

1     alleged viol. evidences def cannot be relied on
2     to comply with supervision conditions; assoc
3    and/or w/ multiple personal identifiers

4 B.    (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on ____ his criminal history record ____

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 10/7/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE